

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD KING, DEFENDANT-PETITIONER.

· *Mr. Edward King in propria persona.*

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for
the respondent.

April 28, 1970. Denied.

IN THE MATTER OF THE APPLICATION (NO. 1422) OF THE
CITY OF NEWARK TO THE WATER POLICY AND SUP-
PLY COUNCIL, DEPARTMENT OF CONSERVATION AND
ECONOMIC DEVELOPMENT OF THE STATE OF NEW
JERSEY, TO DIVERT WATER FROM PEQUANNOCK
RIVER TO DUNKER POND RESERVOIR IN THE TOWN-
SHIP OF WEST MILFORD, PASSAIC COUNTY.

CITY OF NEWARK, PETITIONER, v. WATER POLICY AND
SUPPLY COUNCIL, DEPARTMENT OF CONSERVATION
AND ECONOMIC DEVELOPMENT OF THE STATE OF
NEW JERSEY, *ET AL.*, RESPONDENTS.

*Mr. Anthony J. Iuliani* and *Mr. Sam Weiss* for the
petitioner.

*Mr. George F. Kugler, Jr., Mr. Edwin Stallman* and *Mr.
Oscar R. Wilensky* for the respondents.

April 28, 1970. Denied.